IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:00CR284 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UBALDO LOPEZ-GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Consolidate (Filing No. 47) with Case No. 4:07CR3011, currently scheduled for sentencing on July 30, 2007. The Court, being fully advised in the premises, and noting that the Government has no objection to said request, finds that said motion should be granted.

**IT IS THEREFORE ORDERED** that the instant case found at 8:00CR284 be consolidated with Case No. 4:07CR3011, and that the disposition hearing for the instant case be set on July 30, 2007 at 12:15 p.m. before Senior Judge Urbom. The Defendant is ordered to appear at said time.

DATED this 9th day of July, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge